UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DENNIS E. REIMER,

Plaintiff,

v.

Case No. 26-cv-497-pp

FRANK BISIGNANO,

Defendant.

---

**ORDER GRANTING STIPULATED MOTION FOR REMAND (DKT. NO. 21) AND REMANDING CASE FOR FURTHER PROCEEDINGS UNDER SENTENCE FOUR OF 42 U.S.C. §405(g)**

---

On November 9, 2026, the parties filed a stipulated motion, asking the court to reverse the decision of the Commissioner and remand this case for further proceedings under Sentence Four of 42 U.S.C. §405(g). Dkt. No. 21. The court **GRANTS** the stipulated motion for remand and **ORDERS** that:

The Commissioner of Social Security's denial of benefits is **REVERSED** and this case is **REMANDED** to the Commissioner. On judicial remand, the ALJ should give further consideration to the medical source opinions and prior administrative medical findings pursuant to the provisions of 20 C.F.R. §§ 404.1520c, 416.920c. The ALJ should offer the claimant the opportunity for a hearing, take further action to complete the administrative record resolving the above issues, and issue a new decision.

Dated in Milwaukee, Wisconsin this 10th day of November, 2026.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**United States District Judge**